# EXHIBIT 3

Walgreens.com | Checkout

Cancel Order

start | SHIPPING | payment | payment details | final review

## Shipping Information

OR

## PayPal Users

Checkout with PayPal

What is PayPal?

Please note: Our couriers do not ship to APO addresses, PO boxes, AK, HI or PR.

All fields are required.

First Name:

Last Name:

Address:

City:

State: AL **ZIP Code:** -

E-mail:

*We will send order confirmation and shipping updates by e-mail.*

Phone: ( )

*We will only use this number for issues with your order.*

CONTINUE

We protect your privacy.
Read Walgreens Privacy Policy

Home | Store Locator | Weekly Ad | Coupons | Shipping Info | Returns | Company Info | Careers | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV | Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security

© Copyright 2007 Walgreen Co. All rights reserved.

# EXHIBIT 4

```
<table cellpadding="0" cellspacing="0" border="0" width="100%">
	<tr valign="top">
		<td style="padding:12px;">

  <span class="errortext">

  </span>

		<form name="eo_shipinfo" action="./eo_payment.jsp?_DARGS=/checkout/express/eo_shippinginfo_fg.jsp" method="post"><input name="_dyncharset" type="hidden" value="ASCII">
		<input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.errorURL" type="hidden" value="/checkout/express/eo_shippinginfo.jsp"><input name="_D:/commerce/c
		<input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.zipCodeSelectURL" type="hidden" value="eo_selectzip.jsp"><input name="_D:/commerce/order/anonymou
			<table width="100%" cellpadding="2" cellspacing="0" border="0">
				<tr>
					<td><h2 class="heading2" style="margin:0px; padding-bottom:5px;">Shipping Information</h2>
					<img src="https://a248.e.akamai.net/7/248/5412/home/www.walgreens.com/images/logos/cc_logos.gif" alt="Discover Network | MasterCard | Visa | American Express"
				</tr>
				<tr>
					<td><span class="bodytext">Please note: Our couriers do not ship to APO addresses, PO boxes, AK, HI or PR.</span></td>
				</tr>
			</table>

			<table width="100%" cellpadding="4" cellspacing="0" border="0">
				<tr valign="top">
					<td class="errortext">

					</td>
				</tr>
			</table>

			<table width="100%" cellpadding="2" cellspacing="3" border="0">
				<tr>
					<td colspan="2"><p class="bodytext">All fields are required.</p></td>
				</tr>
				<tr>
					<td align="right" class="bodytextbold" nowrap style="padding-right:10px;"><label for="firstName">First Name:</label></td>
					<td><input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.firstName" size="36" type="text" value="" i
				</tr>
				<tr>
					<td align="right" class="bodytextbold" nowrap style="padding-right:10px;"><label for="lastName">Last Name:</label></td>
					<td><input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.lastName" size="36" type="text" value="" ic
				</tr>
				<tr>
					<td align="right" class="bodytextbold" style="padding-right:10px;"><label for="address">Address:</label></td>
					<td><input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.address" size="36" type="text" value="" id
				</tr>
				<tr>
					<td align="right" class="bodytextbold" style="padding-right:10px;"><label for="city">City:</label></td>
					<td><input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.city" size="36" type="text" value="" id="ci
				</tr>
```

04/13/2007 20:09 FAX 9086547207 WESTFIELD-LAW 005

https://www.walgreens.com/checkout/express/eo_shippinginfo.jsp?event=start_checkout view-source:https://www.walgreens.com/checkout/express/eo_shippinginfo.jsp?event=start_

```
<tr>
        <td align="right" class="bodytextbold" style="padding-right:10px;"><label for="state">State:</label></td>
        <td class="bodytext">
        <input name="_D:/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.state" type="hidden" value=" "></input><select name="/
<option value="AL">AL
<option value="AK">AK
<option value="AR">AR
<option value="AZ">AZ
<option value="CA">CA
<option value="CO">CO
<option value="CT">CT
<option value="DC">DC
<option value="DE">DE
<option value="FL">FL
<option value="GA">GA
<option value="HI">HI
<option value="IA">IA
<option value="ID">ID
<option value="IL">IL
<option value="IN">IN
<option value="KS">KS
<option value="KY">KY
<option value="LA">LA
<option value="MA">MA
<option value="MD">MD
<option value="ME">ME
<option value="MI">MI
<option value="MN">MN
<option value="MO">MO
<option value="MS">MS
<option value="MT">MT
<option value="NC">NC
<option value="ND">ND
<option value="NE">NE
<option value="NH">NH
<option value="NJ">NJ
<option value="NM">NM
<option value="NV">NV
<option value="NY">NY
<option value="OH">OH
<option value="OK">OK
<option value="OR">OR
<option value="PA">PA
<option value="PR">PR
<option value="RI">RI
<option value="SC">SC
<option value="SD">SD
<option value="TN">TN
<option value="TX">TX
<option value="UT">UT
<option value="VA">VA
<option value="VT">VT
<option value="WA">WA
<option value="WI">WI
<option value="WV">WV
<option value="WY">WY
        </select>
        <span style="padding-left:5px; padding-right:10px;"><b><label for="zip">ZIP Code:</label></b></span> <input border="0" name="/commerce/order/anonymous/form/Exp
</tr>
<tr>
        <td align="right" class="bodytextbold" style="padding-right:10px;"><label for="email">E-mail:</label></td>
        <td><input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.email" size="36" maxlength="35" type="text"
</tr>
<tr>
        <td></td>
        <td class="bodytext"><i>We will send order confirmation and shipping updates by e-mail.</i></td>
</tr>
<tr>
        <td align="right" class="bodytextbold" style="padding-right:10px;"><label for="phone">Phone:</label></td>
        <td>(<input border="0" name="/commerce/order/anonymous/form/ExpressCustomerInfoFormHandler.checkoutBean.shippingInfo.areaCode" size="3" maxlength="3" type="te
</tr>
<tr>
        <td></td>
        <td class="bodytext"><i>We will only use this number for issues with your order.</i></td>
</tr>
<tr>
        <td></td>
        <td>
                <div align="center" style="margin:5px; padding:5px;">
```

# EXHIBIT 5

**Claim Chart for Claim 1 of the 7,075,673 Patent**

| | |
|---|---|
| A system configurable to input information from an electronic document template displayed on a display of a first computer into a plurality of application programs operable on another computer in which said template automatically generates content instructions to extract data and to transmit said data to at least one field in at least one of said plurality of application programs according to customizable transmission format instructions which are dependent upon and compatible with said at least one application program, operating on said other computer, that is receiving said transmitted data. | The http://www.walgreens.com/ website ("Website") includes technology for displaying in a browser a web page that contains fields for receiving information input therein. For example, the Website uploads to the browser HTML code that causes the browser to display on a customer's computer the HTML document found at https://www.walgreens.com/checkout/express/eo_shippinginfo.jsp?event=start_checkout that contains a form into which a customer seeking to purchase products from Walgreen can enter information, i.e., shipping information including customer first and last name and address, that will be transmitted to an application program running on a web server associated with the Website.<br><br>To process the entered information, the browser interprets code contained in the HTML form to automatically generate computer-executable instructions (content instructions) that identify and extract the information entered into the HTML document that is required by the application program running on the web server. The system also defines the format and protocol, i.e., POST and https for the aforementioned web page, used to transmit the extracted information required by the particular application program (customizable transmission format instructions). |

# EXHIBIT 6

## Claim Chart for Claim 1 of the 7,184,162 Patent

| | |
|---|---|
| A method of doing business utilizing a computer system configurable to automatically extract information according to content instructions from an electronic document template file displayed on a first computer to a plurality of application programs running on at least one other computer and transmit said information according to customizable transmission format instructions to at least one field requiring said transmitted information in at least one application program running on said at least one other computer to enable a commercial transaction between a buyer and a seller. | The http://www.walgreens.com/ website ("Website") includes technology for displaying in a browser a web page that contains fields for receiving information input therein. For example, the Website uploads to the browser HTML code that causes the browser to display on a customer's computer the HTML document found at https://www.walgreens.com/checkout/express/eo_shippinginfo.jsp?event=start_checkout that contains a form into which a customer seeking to purchase products from Walgreen can enter information, i.e., shipping information including customer first and last name and address, that will be transmitted to an application program running on a web server associated with the Website.<br><br>To process the entered information, the browser interprets code contained in the HTML form to automatically generate computer-executable instructions (content instructions) that identify and extract the information entered into the HTML document that is required by the application program running on the web server. The system also defines the format and protocol, i.e., POST and https for the aforementioned web page, used to transmit the extracted information required by the particular application program (customizable transmission format instructions) thereby enabling a commercial transaction between the customer and Walgreen. |