UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

| | |
|---|---|
| EON-NET, L.P., | |
| Plaintiff, | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| v. | 07-CV-2822 (NRB) |
| WALGREEN COMPANY, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eon-Net, L.P. hereby dismisses without prejudice this action and all claims therein and reserves the right to move the Court to reinstate this action within six months of a ruling favorable to Eon-Net by the U.S. Court of Appeals for the Federal Circuit in Eon-Net, L.P. v. Flagstar Bancorp, Inc., Case No. 05-2129MJP.

By: _____
Jean-Marc Zimmerman, Esq. (JZ 7743)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff Eon-Net, L.P.

Dated: July 16, 2007
    Westfield, New Jersey

SO ORDERED:

_____
Naomi R. Buchwald, U.S.D.J.

Dated: July __17__, 2007